James W. Henderson, Esq., SBN 215757
MESSING ADAMS & JASMINE LLP
980 9th Street, Suite 380
Sacramento, CA 995814
Telephone:   (916) 446-5297
Facsimile:    (916) 448-5047
Email: james@majlabor.com

Defendant,
HALEKULANI CORPORATION,
dba HALEKULANI HOTEL

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL HOROWITZ,<br><br>                   Plaintiff,<br><br>vs.<br><br>HALEKULANI CORPORATION, DBA HALEKULANI HOTEL, DOES 1-100, inclusive,<br><br>                   Defendants. | Case No.:  3:16 cv-05493-JD<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE** |

///

///

///

///

///

///

///

///

- 1-
STIPULATION REGARDING DISMISSAL OF ACTION WITH PREJUDICE AND
[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

1         IT IS HEREBY STIPULATED by and between Plaintiff DANIEL HOROWITZ and

2    Defendant HALEKULANI CORPORATION, doing business as HALEKULANI HOTEL by and

3    through its designated counsel, that the above-captioned action shall be dismissed with prejudice

4    as to all Defendants and that the parties shall bear their own costs and attorney's fees.

5

6    Dated: November 16, 2016

7

8                                     DANIEL HOROWITZ, ESQ.
                                      Plaintiff In Pro Se

9

10

11   Dated: November 18, 2016

12                           By: _____
                                  JAMES W. HENDERSON, JR.

13                                Attorneys for Defendant
                                  Halekulani Corporation dba

14                                Halekulani Hotel

15

16

17

18

19

20

21

22

23

24

25

26

27

28
     STIPULATION REGARDING DISMISSAL OF ACTION WITH PREJUDICE AND
     [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

1

**ORDER**

2

Based on the Stipulation of the parties hereto and good cause appearing therefor,

3

4

IT IS SO ORDERED that this action is dismissed with prejudice as to all Defendants. The parties shall each bear their own costs and attorney's fees.

5

6

Dated: November 28, 2016

7

8



9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING DISMISSAL OF ACTION WITH PREJUDICE AND
[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE